```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
                               )   Crim. No. 2018-18
          v.                   )
                               )
TERON STEVENS,                 )
                               )
          Defendant.           )
                               )
```

**Appearances:**
**Gretchen Shappert, USA**
**Meredith Edwards, AUSA**
**Mervin Bourne, Jr., AUSA**
Office of the United States Attorney
St. Thomas, U.S.V.I.
    *For the United States of America,*

**Omodare Jupiter, FPD**
**Gabriel Villegas, AFPD**
Office of the Federal Public Defender
St. Thomas, U.S.V.I.
    *For Teron Stevens.*

**ORDER**

On October 15, 2018, the Court held a suppression hearing in this matter. At the conclusion of that hearing, the Court held a post-hearing conference in chambers. At that conference, the parties addressed the admissibility of Teron Stevens's FEMA Application/Registration for Disaster Assistance form ("FEMA Application"). The Government seeks to introduce Teron Stevens's FEMA application. Teron Stevens seeks to suppress his FEMA application.

The Government asserts that a FEMA employee, Maria Requenez, received information from Teron Stevens that she included on Stevens's FEMA application. The Government further asserts that Teron Stevens indicated that he owned a home for which FEMA disaster assistance was given. Teron Stevens denies ever giving such information.

Given the importance of the admissibility of the FEMA application to the case, and the absence of adequate briefing on the issue, the Court indicated that the parties must brief the issue prior to trial.

The Court further indicated that the parties' briefs should address all relevant issues including, but not limited to, the following: (1) whether a document may be admitted under the business records exception to the rule against hearsay when there is a potential to use that document as a party admission; and (2) whether cross-examination of Maria Requenez will provide sufficient protection for Teron Stevens in the event that the FEMA application is admitted through the business records exception.

The premises considered, it is hereby

**ORDERED** that the parties' briefs regarding the admissibility of Teron Stevens's FEMA application shall be **FILED** no later than 9:00 A.M. on October 18, 2018.

```
S_____
    Curtis V. Gómez
    District Judge
```