## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case Nos. 3:18-cr-0018 |
| **TERON STEVENS,** | ) |
| **Defendant.** | ) |

### ORDER

**THIS MATTER** comes before the Court on a *sua sponte* review. On October 18, 2018, Stevens accepted a Pretrial Diversion Agreement with the Government. Pursuant to the terms of the Agreement, the Government would dismiss the charges provided that Defendant successfully completes all terms and conditions of the Agreement. This matter, however, is currently scheduled for Jury Selection and Trial for October 13, 2021. Accordingly, it is hereby

**ORDERED** that, **no later than October 8, 2021,** the parties shall file a joint notice with the Court providing an update on the status of Defendant's compliance with the terms of his Pretrial Diversion Agreement.

**Dated:** October 1, 2021        */s/ Robert A. Molloy* _____
                                  **ROBERT A. MOLLOY**
                                  **Chief Judge**