IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TERON STEVENS, )<br>)<br>Defendant. ) | Criminal No. 3:18-CR-00018 |

**ORDER**

This matter is before the Court on the United States of America's Unopposed Motion to Direct the United States Marshal to Turn Over Funds to Clerk of Court.

Upon consideration of the unopposed motion, and after being fully advised in the premises, it is hereby

**ORDERED,** that the United States Marshal is directed to turn over all funds seized from Defendant Teron Stevens on June 19, 2018, specifically Nineteen Thousand Eighteen Dollars and Four Cents ($19,018.04), to the Clerk of the Court, District Court of the Virgin Islands, Division of St. Thomas and St. John, to be applied to Defendant's restitution obligation.

ENTERED this 20th day of January, 2022.

/s/ Robert A. Molloy
JUDGE
DISTRICT COURT OF THE VIRGIN ISLANDS