## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 3:18-cr-0018 |
| **TERON STEVENS,** | ) |
| **Defendant.** | ) |

### ORDER

Upon consideration of the United States' Motion to Dismiss filed on January 31, 2022, and the Court being duly satisfied in the premises, it is hereby

**ORDERED** that the United States' Motion to Dismiss, ECF No. 72, is GRANTED; and it is further

**ORDERED** that the Clerk of Court SHALL close this case.

**Dated:** January 31, 2022

/s/ *Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**